# Court of Appeals
# of the State of Georgia

ATLANTA,    May 13, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0176.  IN THE INTEREST OF: K. R. M., A CHILD (GRANDMOTHER)**

The maternal grandmother of five-year-old K. R. M. filed a motion to intervene in the termination of parental rights case filed by the Walton County Department of Family and Children's Services.   On April 7, 2014, the juvenile court entered an order in which it reserved ruling on the motion to intervene until after ruling on the petition to terminate the biological mother's parental rights. The grandmother requested a certificate of immediate review, which the court declined to issue.  The grandmother nevertheless filed this application for interlocutory appeal asserting that we have jurisdiction to consider the merits in accordance with *Waldrip v. Head*, 272 Ga. 572 (532 SE2d 380) (2000).

Generally, an appellate court will not review the discretion vested in the trial court to grant or refuse a certificate for immediate review of interlocutory rulings. See *Scruggs v. Georgia Dept. of Human Resources,* 261 Ga. 587, 588 (1) (408 SE2d 103) (1991); *B & D Fabricators v. D. H. Blair Inv. Banking Corp.*, 220 Ga. App. 373, 375 (3) (469 SE2d 683) (1996).   The Supreme Court, however, has crafted an exception to the requirement of a certificate where the actions of the trial court have the effect of precluding appellate review of a substantive issue.  See *Waldrip*, supra at 575 (1).  The ruling is limited to "exceptional cases that involve an issue of great concern, gravity, and importance to the public and no timely opportunity for appellate review."  Id.

This does not appear to be one of the rare cases in which ignoring the certificate requirement is warranted, particularly because the trial court has not yet ruled on the motion to intervene.  Accordingly, the grandmother's failure to comply

with the interlocutory appeal procedures of OCGA § 5-6-34 (b) deprives this Court of jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/13/2014
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*